United States District Court
Middle District of Florida
Jacksonville Division

**JOHNATHAN A. HARTSFIELD,**

***Plaintiff,***

**v.** **NO. 3:26-cv-2209-JEP-PDB**

**COLUMBIA COUNTY SHERIFF'S OFFICE ETC.,**

***Defendants.***

---

# Order

The plaintiff filed the complaint in state court on August 3, 2026, Doc. 5, and, according to a process server, served the Columbia County Multi-Jurisdictional Drug Task Force with process on August 4, 2026, Doc. 1-8. Another defendant removed the case to this court on August 24, 2026. Doc. 1.

"Capacity to sue or be sued is determined as follows: (1) for an individual who is not acting in a representative capacity, by the law of the individual's domicile; (2) for a corporation, by the law under which it was organized; and (3) for all other parties, by the law of the state where the court is located, except that: … a partnership or other unincorporated association with no such capacity under that state's law may sue or be sued in its common name to enforce a substantive right existing under the United States Constitution or laws[.]" Fed. R. Civ. P. 17(b). Examples of an "unincorporated association" are a labor union or telephone cooperative. *Brown v. Fifth Jud. Dist. Drug Task Force*, 255 F.3d 475, 477 (8th Cir. 2001). "[A]uthorities … appear to be uniform

in holding that drug task forces … are not separate legal entities subject to suit." *Id.* (citing cases).

"Within twenty-eight days after a party's failure to plead or otherwise defend, a party entitled to a default must apply for the default." Local Rule 1.10(b). "Failure to comply with [this] deadline … can result in dismissal of the claim or action without notice and without prejudice." Local Rule 1.10(d).

"A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." Local Rule 3.10.

It is unclear whether the Columbia County Multi-Jurisdictional Drug Task Force is an independent legal entity subject to suit. Moreover, no response to the complaint was received by the August 31, 2026, deadline, and no application for default was received by the September 28, 2026, deadline.

By **November 6, 2026**, the plaintiff must show cause why the claim or claims against the Columbia County Multi-Jurisdictional Drug Task Force should not be dismissed without prejudice.

**Ordered** in Jacksonville, Florida, on October 19, 2026.

Patricia D. Barksdale
*United States Magistrate Judge*

c: Johnathan A. Hartfield
234 SW Miller Terrace
Lake City, FL 32025